UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 13 |
| GUILLERMO ARINEZ, | Case No.: 21-11824-LMI |
| Debtor. _____/ | |
| CIT BANK, N.A., | Adv. Pro. No.: |
| Plaintiff, vs. | |
| GUILLERMO ARINEZ, | |
| Defendant. _____/ | |

## **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

Plaintiff, CIT BANK, N.A. ("CIT" of "Plaintiff"), by and through its undersigned counsel, hereby files this Complaint to Determine Dischargeability of Debt and as grounds states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §157(a),(b)(1),(b)(2)(I) (core proceeding, 11 U.S.C. §1328 and 11 U.S.C. §523(c). Plaintiff consents to the entry of a final order or judgment by the Court.

2. This adversary proceeding is brought pursuant to Rule 4007 of the Federal Rules of Bankruptcy Procedure and pursuant to §523(a)(6), and §1328.

3. On February 26, 2021, GUILLERMO ARINEZ ("Defendant," "Debtor," or "ARINEZ") filed a voluntary petition under Chapter 13 of the Bankruptcy Code commencing the

above case. The Defendant, ARINEZ is the sole officer/member of GOLDEN ASSOCIATES GROUP LLC ("GOLDEN").

4. On or about March 25, 2019, CIT entered into a Master EFA Agreement and Equipment Schedule (collectively "EFA") with GOLDEN whereby CIT financed for GOLDEN the purchase of the following equipment:

> One (1) LC12 Induction Melter 12 Kilo
> Six (6) LC12-1 Graphite Crucible 12 Kilo
> One (1) I44 Induction Melter 4 KG
> Six (6) Crucible 4 KG for I44
> Three (3) NI058430 Niton XL2 PM Analyzer
> Two (2) S96-5 JL6001GE Mettler 6100 x 0.1

(collectively the "Induction Melters and Analyzers"). A true and correct copy of the EFA is attached hereto as Exhibit "A." Pursuant to the EFA, GOLDEN granted CIT a purchase money security interest (PMSI) lien in the Induction Melters and Analyzers and CIT perfected its security interest in and to the Induction Melters and Analyzers as evidenced by the UCC Financing Statement attached hereto as Exhibit "B." Further, Defendant, ARINEZ, personally guaranteed the EFA between CIT and GOLDEN.

5. Pursuant to the EFA and Guaranty, GOLDEN and ARINEZ agreed to pay CIT monthly payments in the amount of $1,738.08 for a term of 60 months. GOLDEN and ARINEZ defaulted under the terms of the EFA by failing to pay the monthly payment due on April 22, 2020, and all subsequent months.

6. On April 19, 2021, CIT timely filed a proof of claim (Claim No. 34-1) in the bankruptcy case of ARINEZ, in the amount of $81,915.92.

7. Upon information and belief in or around January, 2020, the Defendant, ARINEZ, sold the Induction Melters and Analyzers without the knowledge or consent of CIT.

8. 11 U.S.C. §1328 precludes the discharge of the kind of debts specified under §523(a).

9. 11 U.S.C. §523(a)(6) precludes the discharge of debt for "willful and malicious injury by the debtor to another entity or to the property of another entity."

10. Pursuant to the EFA, GOLDEN and ARINEZ were obligated not to sell or transfer the Induction Melters and Analyzers without the consent of CIT.

11. The Debtor, individually or on behalf of GOLDEN intentionally sold the Induction Melters and Analyzers in violation of *Fla. Stat.* §818.01 Disposing of Personal Property Under Lien or Subject to Conditional Sale.

12. As a direct result of Debtor's sale of the Induction Melters and Analyzers, CIT has suffered damages by the loss of the collateral securing the amounts due under the EFA.

13. For the foregoing reasons, the Debtor's sale of the Induction Melters and Analyzers constitute a willful and malicious conversion and render the subject debt non-dischargeable under §523(a)(6).

14. The balance of the claim as of the Petition Date was $81,915.92.

15. The terms and conditions of the EFA and Guaranty provide for the payment of reasonable attorney's fees, and all costs expended by CIT in the collection of the subject debt, which are hereby requested by CIT.

16. For the reasons above, the balance due under the EFA of $81,915.92 is non-dischargeable pursuant to 11 U.S.C. §523(a)(6).

WHEREFORE, CIT, requests this Honorable Court enter a non-dischargeable judgment against the Defendant, ARINEZ, in the amount of $81,915.92, plus attorney's fees and costs and for other such relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated this __21__ day of June, 2021.

EMANUEL & ZWIEBEL, PLLC
Attorneys for CIT Bank, N.A.
7900 Peters Road
Executive Court at Jacaranda
Building B, Suite 100
Plantation, Florida 33324
(954) 424-2005 Phone
(954) 533-0138 Fax

By:    *Eric B. Zwiebel*
Eric B. Zwiebel, Esq.
Florida Bar No.: 476404
eric.zwiebel@emzwlaw.com
